# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles P. Kocoras | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 03 C 9464 | **DATE** | 8/10/2004 |
| **CASE TITLE** | James Gibson vs. Stephen D. Mote et al | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ Local Rule 41.1 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] **ENTER MEMORANDUM OPINION:** Gibson's application (Doc 33-1) for a certificate of appealability is denied.

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | | Document Number |
|---|---|---|---|---|
| | No notices required. | | number of notices | |
| | Notices mailed by judge's staff. | | AUG 11 2004 | |
| | Notified counsel by telephone. | | date docketed | |
| ✓ | Docketing to mail notices. | | | 35 |
| | Mail AO 450 form. | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | |
| SCT | courtroom deputy's initials | | date mailed notice | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES GIBSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 03 C 9464 |
| | ) | |
| STEPHEN D. MOTE and ATTORNEY | ) | |
| GENERAL OF THE STATE OF ILLINOIS, | ) | |
| Lisa Madigan, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM OPINION

CHARLES P. KOCORAS, Chief District Judge:

This matter comes before the court on James Gibson's ("Gibson") application for a certificate of appealability pursuant to 28 U.S.C. § 2253(c). For the reasons set forth below, the application is denied.

## BACKGROUND

James Gibson is currently incarcerated at the Pontiac Correctional Center in Pontiac, Illinois, as a result of his 1991 conviction for first degree murder. On May 18, 2004, we denied Gibson's petition for a writ of habeas corpus which alleged ineffective assistance of counsel and prosecutorial misconduct. On July 6, 2004, we denied Gibson's motion asking us to reconsider certain holdings from our denial of his

35

petition. Gibson now wishes to appeal our decisions, but appellate proceedings cannot commence without a certificate of appealability either from this court or from a circuit judge of the Court of Appeals. 28 U.S.C. § 2253(c); Fed. R. App. Proc. 22(b).

## DISCUSSION

A court may issue a certificate of appealability for a decision denying a 28 U.S.C. § 2254 petition for writ of habeas corpus "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). In order to make this showing, the applicant must demonstrate "that reasonable jurists could debate whether the challenges in his habeas petition should have been resolved differently or that his petition adequately shows a sufficient chance of the denial of a constitutional right that he deserves encouragement to proceed further." Rutledge v. U.S., 230 F.3d 1041, 1047 (7th Cir. 2000).

Gibson's present application does not persuade us that other jurists would resolve his ineffective assistance of counsel claims differently. Instead he merely rehashes the same arguments contained in his habeas petition and subsequent motion for reconsideration. The same can be said of his claims concerning prosecutorial misconduct. Nor do we find that Gibson's application alleges constitutional deprivations beyond the ones that we firmly rejected in our previous opinions. We

accordingly find that his present application does not merit certification to the appellate court under the Rutledge standard.

## CONCLUSION

For the reasons set forth above, Gibson's application for a certificate of appealability is denied.

Charles P. Kocoras
Chief Judge
United States District Court

Dated: AUG 1 0 2004